JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY DESEAN ADAMS, | ) | NO. CV 22-5475-DOC (AGR) |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| LAYLA HAYNES, et al., | ) | |
| Defendants. | ) | |

On April 21, 2022, Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint under 42 U.S.C. § 1983. Plaintiff filed the complaint in the United States District Court for the Northern District of California, which transferred it to this judicial district.

On August 16, 2022, this Court granted Plaintiff's request to proceed without prepayment of filing fees and assessed an initial partial filing fee of $148.77 to be paid within 30 days. The deadline passed on September 15, 2022. (Dkt. No. 13.) The court has not received payment.

In addition, the Court screened the complaint to determine whether it fails to state a claim on which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B), 1915A.

By order dated October 13, 2022, the Court dismissed the complaint with leave to amend within 30 days after entry of the order. (Dkt. No. 14.) The Court warned Plaintiff that failure to file a timely First Amended Complaint will result in dismissal of this action.

Plaintiff did not file a timely First Amended Complaint or request an extension of time to do so.

Accordingly, IT IS ORDERED that this action is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED: March 27, 2023

*David O. Carter*
DAVID O. CARTER
United States District Judge